In the Matter of VISITING NURSE SERVICE OF NEW YORK HOME CARE, Respondent, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Appellants.

Submitted October 3, 2005; decided October 20, 2005

Motion by Home Care Association of New York State, Inc. for leave to file a brief amicus curiae on the appeal herein granted. Three copies of the brief may be served and one original and 24 copies of the brief filed within seven days.

XIAO YANG CHEN, Appellant, v IAN IRA FISCHER, Respondent.

Submitted September 19, 2005; decided October 20, 2005

Motion by Sanctuary for Families' Center for Battered Women's Legal Services for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

XIAO YANG CHEN, Appellant, v IAN IRA FISCHER, Respondent.

Submitted September 19, 2005; decided October 20, 2005

Motion by Women's Bar Association of the State of New York for leave to file a brief amicus curiae on the appeal herein granted. Three copies of the brief may be served and one original and 24 copies of the brief filed within seven days.

[840 NE2d 113, 806 NYS2d 144]

In the Matter of KIRK V., a Child Alleged to be Neglected. PROVIDENCIA V. et al., Respondents; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES, Appellant.

Decided October 25, 2005